Samuel C. Kauffman, OSB #94352 – Pro Hac Vice
GARVEY SCHUBERT BARER
121 S.W. Morrison, 11th Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259
Email: skauffman@gsblaw.com

Attorneys for Gabor Peter Palotai

United States District Court
Southern District of Texas
FILED

DEC 3 0 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$30,545.00 in U.S. CURRENCY,<br><br>Defendant in rem. | CIVIL ACTION NO. 10-cv-04733<br><br>**CLAIM OF GABOR PETER PALOTAI** |

COMES NOW, Gabor Peter Palotai (Claimant) and hereby claims under penalty perjury that he has a legal interest in the $30,545.00 in United States currency that was seized from him at the George Bush Intercontinental Airport in Houston, Texas on October 15, 2010 and that is the Defendant in rem in this forfeiture action.

Mr. Palotai has an interest in the defendant in rem $30,545.000 because he lawfully possessed the currency prior to seizure by agents of the United States. Further, Mr. Palotai came into possession of the currency after he withdrew it from one or more bank accounts in his name

**CLAIM OF GABOR PETER PALOTAI**

or under his control. The defendant in rem represents the proceeds of lawful business activities and the lawful sale of property by Mr. Palotai.

DATED this 29th day of December, 2010.

GARVEY SCHUBERT BARER

By _____
Samuel C. Kauffman, OSB #94352
Telephone: 503 228 3939
Fax: 503 226 0259
E-Mail: skauffman@gsblaw.com
Attorneys for Gabor Peter Palotai

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 29 day of December, 2010.

_____
Gabor Peter Palotai

PDX_DOCS:460099.1 [38041.00100]

**CLAIM OF GABOR PETER PALOTAI**

Page 2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing Motion and Order for Pro Hac Vice *and* Claim of Gabor Peter Palotai to the following via email and U.S. Mail, postage prepaid, before the hour of 5:00 pm, on December 29, 2010:

Albert Ratliff
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 61129
Houston, TX 77208

_____
Samuel C. Kauffman