# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-10-4733 |
| | § | |
| $30,545.00 IN U.S. CURRENCY, | § | |
| | § | |
| *Defendant*. | § | |

## AGREED FINAL JUDGMENT

The agreed motion for a final judgment of forfeiture (Dkt. 12) is GRANTED. The court finds that there was reasonable cause for the seizure of defendant in rem $30,545.00 under 28 U.S.C. § 2465(a)(2) and 31 U.S.C. § 5317(b). The court also finds that the defendant in rem is subject to forfeiture under 31 U.S.C. § 5317(c)(2). It is therefore ORDERED that:

1. $15,272.50 of defendants in rem is forfeited to the United States. The United States Department of Homeland Security shall legally dispose of these funds;

2. The United States Department of Homeland Security shall return to Gabor Peter Palotai, Claimant, $15,272.50 of defendant in rem (less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect) by sending a check payable to Gabor Peter Palotai, c/o Samuel Charles Kauffman, Esq., Garvey Schubert Barer, 121 SW Morrison St., 11th Fl., Portland OR 97204;

3. The claimant will hold the United States, including its employees, agents and assignees harmless for any damages or causes of action relating to this action;

4. All parties will bear their costs including attorneys' fees; and

5. Any relief not specifically granted is denied.

This is FINAL JUDGMENT.


Signed at Houston, Texas on March 15, 2011.

_____
Gray H. Miller
United States District Judge